**91–1219.** State v. May. *Hamilton County,* No. C–900476. Reported at 62 Ohio St.3d 1414, 577 N.E.2d 660. On motion for rehearing. Rehearing denied.

**91–1282.** State v. Bell. *Cuyahoga County,* No. 58429. Reported at 62 Ohio St.3d 1418, 577 N.E.2d 663. On motion for rehearing. Rehearing denied.

**91–1615.** Waite v. Twyford. In Prohibition. Reported at 62 Ohio St.3d 1414, 577 N.E.2d 660. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**90–2531.** Cincinnati Bar Assn. v. Sullivan. On response to show cause·order. Sharon A. Sullivan is found in contempt and given thirty days to purge herself by paying her costs in full. If she fails to so purge herself, she will be indefinitely suspended from the practice of law until such time as she pays her costs in full.

DOUGLAS, J., would place the contempt finding in her file.